IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Eric Gwynn Lundberg - # 116845

_____/

**ORDER TO SHOW CAUSE**

It appearing that Eric Gwynn Lundberg has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective October 23, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Eric Gwynn Lundberg
Attorney At Law
5520 Ogden Ct
Concord, CA 94521