**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

CV-09-80344 VKW misc

Sent To: Eric Gwynn Lundberg
Street, Apt. No.; or PO Box No. 5520 Ogden Ct.
City, State, ZIP+4 Concord, CA 94521

PS Form 3800, August 2006 — See Reverse for Instructions

7008 1300 0000 9802 7779

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE