IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV 09 80344 MISC VRW

Eric Gwynn Lundberg,

    State Bar No 116845                  ORDER
_____/

        On December 17, 2009, the court issued an order to show cause (OSC) why Eric Gwynn Lundberg should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Rule 9.21 of the California Rules of Court, effective October 23, 2009.

        The OSC was mailed to Mr Lundberg's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. No response to the OSC has been filed as of this date.

        The court now orders Eric Gwynn Lundberg removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

                                            VAUGHN R WALKER
                                            United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

ERIC G. LUNDBERG

State Bar No. 116845

_____/

Case Number: CV09-80344 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Gwynn Lundberg
5520 Ogden Ct
Concord, CA 94521

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk